1  FREEDMAN & TAITELMAN, LLP
   Bryan J. Freedman, Esq. (SBN 151990)
2  e-mail: bfreedman@ftllp.com
   Jesse Kaplan, Esq. (SBN 255059)
3  e-mail: jkaplan@ftllp.com
   1901 Avenue of the Stars, Suite 500
4  Los Angeles, California 90067
   Tel: (310) 201-0005
5  Fax: (310) 201-0045

6  Attorneys for plaintiff Stephen Mitchell

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10  STEPHEN MITCHELL, an individual, )   Case No.
                                      )   **CV10 3891 DDP (JCx)**
11            Plaintiff,              )
                                      )   **COMPLAINT AND JURY**
12  v.                                )   **DEMAND FOR COPYRIGHT**
                                      )   **INFRINGEMENT**
13  WAYNE DYER, P.H.D., an individual;)
    HAY HOUSE, INC., a California     )
14  corporation; and DOES 1 through 10,)
    inclusive,                        )
15                                    )
              Defendants.             )
16                                    )
                                      )
17                                    )

18  _____

19

20        Plaintiff Stephen Mitchell ("Mitchell"), an individual, hereby alleges as

21  follows:

22                     **INTRODUCTION**

23        1.     The so-called "guru of self help" and "father of motivation," Wayne

24  Dyer ("Dyer"), has decided to help himself to plaintiff Stephen Mitchell's

25  ("Mitchell") book *Tao Te Ching: A New English Version* (the "Book").  Dyer's

26  misappropriation of Mitchell's time, energy, hard work, and creativity is not

27  subtle: Dyer has copied verbatim a significant portion of Mitchell's Book, and

28

1  included those passages in two of Dyer's books, entitled *Living the Wisdom of the*
2  *Tao* and *Change Your Thoughts—Change Your Life*, and a number of spinoff
3  products ranging from wall calendars to iPod applications. Living in the digital
4  age has only compounded Dyer's infringement. Not only have defendants
5  published portions of Mitchell's copyright-protected work in traditional formats,
6  they have profited through new media such as audio downloads for Kindles and
7  iPads, and audiobooks. Because of this infringement, Mitchell seeks to disgorge
8  defendants' profits and to enjoin defendants' continued infringement.

9  **JURISDICTION, VENUE AND PARTIES**

10      2.     This is an action for Copyright Infringement under the Copyright Act
11  of 1976, 17 U.S.C. § 101 *et seq.* This Court has original jurisdiction over this
12  action under the Copyright Act of 1976, 17 U.S.C. 101 et seq. The matter in
13  controversy exceeds the sum of $75,000, exclusive of interest and costs.

14      3.     This Court has personal jurisdiction over defendants in that
15  defendants conduct business in this District, defendants intentionally direct
16  activities to this District, and the acts of infringement upon which the allegations in
17  this Complaint are based occurred in this District.

18      4.     Venue is proper in this Court pursuant to 28 U.S.C. §§1391(b) in that
19  this is the District in which a substantial part of the events or omissions giving rise
20  to the claims hereinafter set forth occurred.

21      5.     Plaintiff Stephen Mitchell is an individual residing in Ventura County,
22  California.

23      6.     Upon information and belief, defendant Wayne Dyer ("Dyer") is an
24  individual who resides in the State of Hawaii. Dyer is a popular author and
25  speaker in the field of self-development. Dyer is the author of over 30 books, has
26  created many audio programs and videos, and has appeared on numerous television
27  and radio shows.

28

**COMPLAINT AND JURY DEMAND**

7. Upon information and belief, defendant Hay House, Inc. ("Hay House"), is a California corporation with its principal place of business located in Carlsbad, California.

8. The true names and capacities, whether individual, corporate, associate or otherwise of the defendants named herein as DOES 1 through 10, inclusive, are unknown to Mitchell, who therefore sues said defendants by such fictitious names. Mitchell alleges on information and belief that each of the defendants, including those designated as a DOE, are responsible for the events alleged herein and the damages caused thereby as a principal, agent, co-conspirator or aider and abettor. Mitchell will seek leave of this Court to amend this Complaint to allege the true names and capacities of such defendants when the same have been ascertained.

9. Mitchell alleges on information and belief that defendants, at all times relative to this action, were the agents, servants, partners, joint venturers and employees of each of the other defendants and, in doing the acts alleged herein, were acting with the knowledge and consent of each of the other defendants in this action.

**COUNT I**

**Copyright Infringement Against All Defendants**

**(17 U.S.C. § 501 et seq.)**

10. Mitchell repeats and re-alleges paragraphs 1 through 9 of this Complaint as if fully set forth herein.

11. Mitchell is an internationally renowned author known for his interpretations, translations, and adaptations of the great spiritual classics. Mitchell has translated such works as the Genesis and the Book of Job from the Hebrew Bible, *The Gospel According to Jesus* from the Greek, and the selected poetry of the great twentieth century poets Rilke (from the German) and Neruda (from the

**COMPLAINT AND JURY DEMAND**

1  Spanish). He is surrently finishing his verse translation of Homer's *Iliad.*. Mitchell

2  has also written interpretive versions of works in Chinese, Sanskrit, and Akkadian.

3  His *Tao Te Ching* is famous and beloved, as are his versions of the *Bhagavad Gita*

4  and *Gilgamesh*

5       12.    The *Tao Te Ching* is an ancient Taoist scripture/poem originally

6  written in Chinese by Lao-tzu. (Some scholars believe that Lao-tzu was a legend,

7  and that the *Tao Te Ching* is a compilation of anonymous Chinese wisdom texts.)

8       13.    Mitchell is the author of the book *Tao Te Ching: A New English*

9  *Version* (the "Book"), which contains Mitchell's interpretation of Lao-tzu's *Tao Te*

10  *Ching*.  In crafting his interpretation of Lao-tzu's verses, Mitchell consulted

11  numerous translations of Lao-tzu's text, in English, German, and French, and also

12  studied the ancient Chinese ideograms and scholarly interpretations.  Additionally,

13  for fourteen years Mitchell immersed himself in intensive Zen training, which gave

14  him a special, experiential insight into Lao-tzu's wisdom. As a result, the Book

15  contains Mitchell's interpretation of Lao-tzu's writings. That is, rather than provide

16  a literal translation, the Book embodies language that conveys Mitchell's vision of

17  Lao-tzu's meaning and the spirit of his teaching.  Some of the Book's chapters

18  expand on the literal translation; some chapters are Mitchell's original

19  improvisations on Lao-tzu's theme. Accordingly, Mitchell's Book is a highly

20  original work.

21       14.    The Book is a commercial success, selling more than nine hundred

22  thousand copies overall.

23       15.    Mitchell is the sole and exclusive owner of all right, title, and interest

24  in and to the copyright in the Book and its written content.  The Book and its

25  content is the subject of a valid and subsisting United States Copyright, bearing

26  Copyright Registration number TX0002449771 (the "Copyright ").

27

28

16.     HarperCollins Publishers ("HarperCollins") is the Book's publisher. HarperCollins has assigned to Mitchell all rights to receive royalties, licensing fees and damages relating to Defendants' use of any portion of the Book.

17.     Defendant Dyer is the author of two books entitled *Living the Wisdom of the Tao* (the "First Infringing Work") and *Change Your Thoughts—Change Your Life* (the "Second Infringing Work")

18.     Hay House is the Publisher of both the First and Second Infringing Work.

19.     Upon information and belief, the First Infringing Work has been published in various formats, including, but not limited to, paperback and electronic format for media such as the Kindle or iPad.  Upon information and belief, the First Infringing Work has sold over 64,000 paperback copies exclusive of electronic versions.

20.     Upon information and belief, the Second Infringing Work has been published in various formats, including, but not limited to, hardcover, paperback, audiobook (8-CD set), audio download and other electronic format for media such as the Kindle or iPad.  Upon information and belief, the Second Infringing Work has sold over 500,000 hardcover and paperback copies exclusive of other formats.

21.     In addition to the various versions of the First and Second Infringing works, defendants have created various spinoff products, including, but not limited to, datebooks, meditation compact disks, flip calendars, compact disk lectures and an iPod application perpetual calendar (the First Infringing Work, the Second Infringing Work, along with the various related products, are collectively referred to as the "Infringing Works").

22.     The Infringing Works copy significant portions of the Book's copyrighted content verbatim.  Specifically, the Infringing Works copy verbatim at least 200 lines from the Book.

**COMPLAINT AND JURY DEMAND**

1  23.   Through the Infringing Works, defendants have copied significant

2  portions of the Book and have published, marketed, distributed and utilized same.

3  24.   Defendants' actions were willful, intentional, and purposeful, in

4  disregard of Mitchell's Copyright.

5  25.   As a direct and proximate result of the infringements by defendants of

6  Mitchell's Copyright and exclusive rights under that Copyright, Mitchell is entitled

7  to damages and defendants' profits pursuant to 17 U.S.C. § 504(b) for each

8  infringement.

9  26.   Alternatively, Mitchell is entitled to the maximum statutory damages,

10  pursuant to 17 U.S.C. § 504 (c) in the amount of $150,000 with respect to each

11  work infringed, or such other amounts as may be proper under 17 U.S.C. § 504(c).

12  Mitchell is entitled to his attorney's fees and costs pursuant to 17 U.S.C. § 505.

13  27.   Defendants' conduct is causing and, unless enjoined and restrained by

14  this Court, will continue to cause Mitchell great and irreparable injury that cannot

15  be fully compensated or measured in money.  Mitchell has no adequate remedy at

16  law.  Pursuant to 17 U.S.C. § 502, Mitchell is entitled to preliminary and

17  permanent injunctions prohibiting further infringements of Mitchell's Copyrights.

18  WHEREFORE, Mitchell prays for judgment in his favor against defendants,

19  and each of them, as follows:

20  a.   Award Mitchell damages and defendants' profits in an amount to be

21  determined, or in the alternative statutory damages under 17 U.S.C. § 504(c),

22  b.   Award Mitchell his costs and attorneys' fees pursuant to 17 U.S.C. §

23  505;

24  c.   Issue a judgment temporarily, preliminarily, and permanently

25  restraining, enjoining, and prohibiting defendants, their agents, servants,

26  employees, officers, successors and assigns, and all persons, firms and

27  corporations acting in concert or participation with defendants or on defendants'

28

behalf, from infringing, contributing to the infringement of Mitchell's Copyright in any manner, and from copying, selling, marketing, distributing, displaying, licensing, or otherwise exploiting infringing copies or reproductions of any portion of Mitchell's Book, and that defendants deliver to Mitchell all copies or other materials used in the making of infringing copies or reproductions.

Dated: May 24, 2010                                    FREEDMAN & TAITELMAN, LLP


By:_____
Bryan J. Freedman
Jesse A. Kaplan
Attorneys for Plaintiff Stephen
Mitchell

**COMPLAINT AND JURY DEMAND**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Dean D. Pregerson and the assigned discovery Magistrate Judge is Jacqueline Chooljian.

The case number on all documents filed with the Court should read as follows:

## CV10- 3891 DDP (JCx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

======================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [_] Southern Division | [_] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

Name & Address:
FREEDMAN & TAITELMAN, LLP
Bryan J. Freedman, Esq. (SBN 151990)
Jesse Kaplan, Esq. (SBN 255059)
1901 Avenue of the Stars, Suite 500
Los Angeles, California 90067

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN MITCHELL, an individual,<br><br>PLAINTIFF(S)<br><br>v.<br><br>WAYNE DYER, P.H.D., an individual; HAY HOUSE, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV10 3891 DDP (JCx)<br><br>SUMMONS |

TO:   DEFENDANT(S): HAY HOUSE, INC., a California corporation

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, Bryan J. Freedman _____, whose address is 1901 Avenue of the Stars, Suite 500, Los Angeles, CA 90067 _____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: MAY 2 4 2010

By: _____

CHRISTOPHER POWERS

Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                                    SUMMONS

Name & Address:
FREEDMAN & TAITELMAN, LLP
Bryan J. Freedman, Esq. (SBN 151990)
Jesse Kaplan, Esq. (SBN 255059)
1901 Avenue of the Stars, Suite 500
Los Angeles, California 90067

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN MITCHELL, an individual,<br><br>PLAINTIFF(S)<br><br>v.<br><br>WAYNE DYER, P.H.D., an individual; HAY HOUSE, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV10 3891 DDP (JCx)<br><br><br>SUMMONS |

TO:   DEFENDANT(S): WAYNE DYER, P.H.D., an individual

A lawsuit has been filed against you.

Within __31__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Bryan J. Freedman_____, whose address is _1901 Avenue of the Stars, Suite 500, Los Angeles, CA 90067_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __MAY 2 4 2010__

By: _____
**CHRISTOPHER POWERS**
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)<br><br>STEPHEN MITCHELL, an individual, | **DEFENDANTS**<br><br>WAYNE DYER, P.H.D., an individual; HAY HOUSE, INC., a California corporation; and DOES 1 through 10, inclusive |
| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br><br>FREEDMAN & TAITELMAN, LLP<br>Bryan J. Freedman, Esq. (SBN 151990)<br>1901 Avenue of the Stars, Suite 500, Los Angeles, CA 90067, (310) 201-0005 | Attorneys (If Known)<br><br>Unknown |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify):    ☐ 6 Multi-District Litigation    ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No    ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
17 U.S.C. Section 101, et seq; Copyright Infringement under Copyright Act of 1976

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☑ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | REAL PROPERTY | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 210 Land Condemnation | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 220 Foreclosure | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 230 Rent Lease & Ejectment | IMMIGRATION | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus- Alien Detainee | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 245 Tort Product Liability | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | |
| | ☐ 290 All Other Real Property | | | | |

**CV10 3891**

**FOR OFFICE USE ONLY:**   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)        CIVIL COVER SHEET        Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
                    ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                    ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                    ☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Ventura | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| San Diego (Defendant Hay House, Inc.) | Hawaii (Defendant Wayne Dyer) |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
    **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles, Ventura, San Diego | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _____    Date May 24, 2010

   **Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |