Lincoln D. Bandlow (SBN 170449)
lbandlow@lathropgage.com
Randy Merritt (SBN 187046)
rmerritt@lathropgage.com
LATHROP & GAGE LLP
1888 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone: (310) 789-4600
Facsimile:  (310) 789-4601

Attorneys for Defendants
WAYNE DYER, PH.D.
and HAY HOUSE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN MITCHELL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WAYNE DYER, P.H.D., an individual, and HAY HOUSE, INC., a California corporation, and DOES 1-20, inclusive.<br><br>Defendants. | CASE NO. CV-10-3891-DDP-JCx<br><br>**JOINT STIPULATION FOR DISMISSAL**<br><br>[Proposed Order filed concurrently]<br><br>Action Filed: May 24, 2010 |

It is hereby stipulated by and between Plaintiff Stephen Mitchell ("Plaintiff") and Defendants Wayne Dyer, PhD ("Dyer") and Hay House. Inc. ("Hay House") (each a "Party" and collectively "Parties") as follows:

1. The entire action is dismissed with prejudice;
2. Each Party shall bear its own costs and attorneys' fees incurred in this action.

Dated: September 8, 2011    LATHROP & GAGE LLP

By: _____
Lincoln D. Bandlow
Attorneys for Defendants
Wayne Dyer, Ph.D. and Hay House, Inc.

Dated: ~~September~~ October 7, 2011    FREEDMAN & TAITELMAN, LLP

By: _____
Bryan J. Freeman
Jesse A. Kaplan
Attorneys for Plaintiff
Stephen Mitchell